1038

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH D. HIGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04213-5, Janice Niemi, J., entered January 21, 2000. *Remanded* by unpublished per curiam opinion.

*In the Matter of the Marriage of* STARLET McINTYRE, *Appellant*, and DENNIS McINTYRE, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-3-00199-4, Charles S. French, J., entered November 2, 1999. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND A. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-07040-9, Janice Niemi, J., entered January 24, 2000. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS SANTOS-HERRERA, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 99-1-00571-5, John M. Meyer, J., entered January 7, 2000. *Affirmed in part* and *remanded* by unpublished per curiam opinion.